PATXOT, APELANTE, *v.* NADAL ET AL., APELADOS.

APELACIÓN procedente de la Corte de Distrito de Mayagüez.

Moción para que se desestime la apelación.

No. 958.—Resuelto en abril 7, 1913.

DESESTIMACIÓN DE APELACIÓN—PRÓRROGA—TRANSCRIPCIÓN DE AUTOS.—Las cortes de distrito no tienen jurisdicción para conceder prórrogas para la presentación de la transcripción de autos en la Corte Suprema.

ID.—PRESENTACIÓN DE LA TRANSCRIPCIÓN DE AUTOS ANTES DE PEDIRSE LA DESESTIMACIÓN.—Presentada la transcripción de autos antes de radicada una moción para desestimar la apelación, es aplicable el artículo 58 del reglamento de este tribunal, el cual no ha sido derogado por la enmienda hecha al artículo 299 del Código de Enjuiciamiento Civil por Ley No. 70 de marzo 9, 1911, y no procede la desestimación de la apelación.

Abogado del promovente: *Sr. José de Diego.*
Abogado de la parte contraria: *Sr. Rafael López Landrón.*

RESOLUCIÓN.

Aun cuando la corte inferior carecía de jurisdicción para conceder las prórrogas para la presentación de la transcripción de autos en este tribunal, sin embargo, visto el artículo 58 del reglamento de este tribunal no derogado por la enmienda hecha al artículo 299 del Código de Enjuiciamiento Civil por la Ley No. 70 de marzo 9, 1911, y teniendo en cuenta

la práctica seguida por esta Corte Suprema y los casos de *García* v. *The American Railroad Company of Porto Rico,* 17 D. P. R., 949; *Hernández* v. *The American Railroad Company,* 17 D. P. R., 1225;

Se declara sin lugar la moción de la parte apelada y celébrese la vista de este caso señalada para el día de mañana.

*Denegada la moción.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, del Toro y Aldrey.

El Juez Asociado Sr. MacLeary no tomó parte en la resolución de este caso.